```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-01134-RNO
Yajaira Ferreira                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5      User: REshelman          Page 1 of 2          Date Rcvd: Jul 10, 2019
                          Form ID: fnldecnd        Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
```
db           +Yajaira Ferreira,    408 Norton Road,    Stroudsburg, PA 18360-9108
cr           +Invictus Residential Pooler L.P., et al.,    c/o Shellpoint Mortgage Servicing,   P.O. Box 10826,
               Greenville, SC 29603-0826
5175109      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5175110       Apothaker Scian, PC,    520 Gellowship Rd., Suite C306,    P.O. Box 5496,
               Mount Laurel, NJ 08054-5496
5175111       Carlos Guzman,    Condominio Tropicana,    Calle Tartak #503B,    Carolina, PR 00979
5175112       Carlos J. Guzman,    Condominio Tropicana,    Calle Tartak #503B,    Carolina, PR 00979
5175113      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5175114      +Child Support Enforcem,    Po Box 14,    Albany, NY 12201-0014
5175115      +Citibank, NA,    c/o Midland Credit Management,    P.O. Box 51319,    Los Angeles, CA 90051-5619
5175119      +Jonathan Cawley, Esq.,    3220 Tillman Drive,    Bensalem, PA 19020-2028
5175120      +MC Enterprise,    575 Hazlewood Rd,    Palmerton, PA 18071-6143
5175122       PA Department of Revenue,    c/o Arcadia Recovery Bureau,    P.O. Box 6768,
               Reading, PA 19610-0768
5175123       Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
5175124      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
5175127      +Shellpoint Mortgage Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
5175128      +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
5175129      +Sullivan Oil & Propane,    2168 Community Drive,    Bath, PA 18014-9502
5175130      +UGI Utilities,    c/o Penn Credit Corporation,    P.O. Box 988,    Harrisburg, PA 17108-0988
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5175116       E-mail/Text: cio.bncmail@irs.gov Jul 10 2019 19:26:02     Department Of The Treasury,
               P.O. Box 804527,    Internal Revenue Service,    Cincinnati, OH 45280-4527
5175117      +E-mail/Text: mrdiscen@discover.com Jul 10 2019 19:25:58     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
5175118      +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 10 2019 19:26:16     Fifth Third Bank,
               Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
5175121      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2019 19:26:07     Midland Funding,
               2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5181671       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2019 19:26:06
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
5175126      +E-mail/Text: accounting@sawcreek.org Jul 10 2019 19:25:58
               Saw Creek Estates Community Assoc.,    5728 Decker Rd,    Bushkill, PA 18324-6627
5175131      +E-mail/Text: BKRMailOps@weltman.com Jul 10 2019 19:26:10     Weltman Weinberg & Reis, Co.,
               P.O. Box 93784,    Cleveland, OH 44101-5784
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5175125       Port Authority of NY and NJ
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              John J. Martin    on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
```

```
District/off: 0314-5           User: REshelman          Page 2 of 2              Date Rcvd: Jul 10, 2019
                               Form ID: fnldecnd        Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael Joshua Shavel    on behalf of Creditor    Invictus Residential Pooler L.P., et al.
           mshavel@hillwallack.com,   lcampbell@hillwallack.com;mosbeck@hillwallack.com
          Scott M. Amori    on behalf of Debtor 1 Yajaira  Ferreira afr@epix.net,
           smamori@amoriandassociates.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Yajaira Ferreira,   Chapter 7

**Debtor 1**

Case No.   5:19–bk–01134–RNO

Social Security No.:
xxx–xx–1562

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Yajaira Ferreira** in accordance with F.R.B.P. 4004(c)(1)(H).

Dated:  July 10, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)