Certificate Number: 01721-PAM-DE-033132796

Bankruptcy Case Number: 19-01134


01721-PAM-DE-033132796

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2019, at 1:38 o'clock PM EDT, Yajaira Ferreira completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 19, 2019     By:  /s/Noelle Irving

Name:  Noelle Irving

Title:  Counselor