```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 19-01134-RNO
Yajaira Ferreira                                                                        Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk              Page 1 of 2                  Date Rcvd: Jul 30, 2019
                              Form ID: ntasset             Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
```
db             +Yajaira Ferreira,    408 Norton Road,    Stroudsburg, PA 18360-9108
cr             +Invictus Residential Pooler L.P., et al.,    c/o Shellpoint Mortgage Servicing,   P.O. Box 10826,
                 Greenville, SC 29603-0826
5175110         Apothaker Scian, PC,    520 Gellowship Rd., Suite C306,   P.O. Box 5496,
                 Mount Laurel, NJ 08054-5496
5175111         Carlos Guzman,    Condominio Tropicana,    Calle Tartak #503B,   Carolina, PR 00979
5175112         Carlos J. Guzman,    Condominio Tropicana,   Calle Tartak #503B,    Carolina, PR 00979
5175114        +Child Support Enforcem,    Po Box 14,    Albany, NY 12201-0014
5175115        +Citibank, NA,    c/o Midland Credit Management,    P.O. Box 51319,   Los Angeles, CA 90051-5619
5175119        +Jonathan Cawley, Esq.,    3220 Tillman Drive,    Bensalem, PA 19020-2028
5175120        +MC Enterprise,    575 Hazlewood Rd,    Palmerton, PA 18071-6143
5175122         PA Department of Revenue,    c/o Arcadia Recovery Bureau,    P.O. Box 6768,
                 Reading, PA 19610-0768
5175123         Pennsylvania American Water,    P.O. Box 371412,   Pittsburgh, PA 15250-7412
5175124        +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
5175127        +Shellpoint Mortgage Servicing,    P.O. Box 619063,   Dallas, TX 75261-9063
5175128        +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,   Warrington, PA 18976-3403
5175129        +Sullivan Oil & Propane,    2168 Community Drive,   Bath, PA 18014-9502
5175130        +UGI Utilities,    c/o Penn Credit Corporation,   P.O. Box 988,    Harrisburg, PA 17108-0988
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5175109        +EDI: AMEREXPR.COM Jul 30 2019 23:08:00     Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
5175113        +EDI: CHASE.COM Jul 30 2019 23:08:00     Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
5175116         EDI: IRS.COM Jul 30 2019 23:08:00     Department Of The Treasury,   P.O. Box 804527,
                 Internal Revenue Service,   Cincinnati, OH 45280-4527
5175117        +EDI: DISCOVER.COM Jul 30 2019 23:08:00     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
5175118        +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 30 2019 19:12:24      Fifth Third Bank,
                 Attn: Bankruptcy Department,   1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
5175121        +EDI: MID8.COM Jul 30 2019 23:08:00     Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
5181671         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2019 19:12:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5175126        +E-mail/Text: accounting@sawcreek.org Jul 30 2019 19:12:09
                 Saw Creek Estates Community Assoc.,    5728 Decker Rd,   Bushkill, PA 18324-6627
5175131        +E-mail/Text: BKRMailOps@weltman.com Jul 30 2019 19:12:21      Weltman Weinberg & Reis, Co.,
                 P.O. Box 93784,   Cleveland, OH 44101-5784
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5175125         Port Authority of NY and NJ
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
```
              Anne K. Fiorenza    on behalf of Asst. U.S. Trustee    United States Trustee
               Anne.Fiorenza@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
```

```
District/off: 0314-5           User: PRadginsk           Page 2 of 2           Date Rcvd: Jul 30, 2019
                               Form ID: ntasset         Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John J. Martin   on behalf of Trustee John J Martin (Trustee) jmartin@martin-law.net, kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com

        Michael Joshua Shavel   on behalf of Creditor   Invictus Residential Pooler L.P., et al. mshavel@hillwallack.com, lcampbell@hillwallack.com;rianiero@HillWallack.com

        Scott M. Amori   on behalf of Debtor 1 Yajaira Ferreira afr@epix.net, smamori@amoriandassociates.com

        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 7

Case 5:19-bk-01134-RNO   Doc 37   Filed 08/01/19   Entered 08/02/19 01:12:43   Desc
Imaged Certificate of Notice   Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Yajaira Ferreira,                 Chapter     7

    **Debtor 1**

                     Case No.     5:19–bk–01134–RNO

Social Security No.:
                     xxx–xx–1562

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **October 29, 2019**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 30, 2019 |

ntasset(B204)(05/18)