UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| YAJAIA FERREIRA, | : | CASE NO. 5-19-01134-RNO |
|     DEBTOR(S) | : | CHAPTER 7 |

| | |
|---|---|
| JOHN J. MARTIN, CHAPTER 7 | : |
| TRUSTEE FOR THE ESTATE OF | : |
| YAJAIA FERREIRA, | : |
|     MOVANT, | : |
| V. | : |
| INVICTUS RESIDENTIAL POOLER, LP | : |
| NOT IN ITS INDIVIDUAL CAPACITY | : |
| BUT SOLELY AS ADMINISTRATOR | : |
| FOR INVICTUS RESIDENTIAL POOLER | : |
| TRUST 1//2A, C/O SHELLPOINT | : |
| MORTGAGE SERVICING, | : |
|     RESPONDENT. | : |

**PRAECIPE TO WITHDRAW CHAPTER 7 TRUSTEE'S
MOTION SEEKING AUTHORITY TO SELL REAL PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

To the Clerk:

    Kindly withdraw the Chapter 7 Trustee's Motion Seeking Authority to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances in the above referenced case which was filed to Docket Entry #23.

    Respectfully submitted,

    _____/s_____
    John J. Martin, Esquire
    1022 Court Street
    Honesdale, PA 18431
    (570)253-6899
    jmartin@martin-law.net
    Counsel to Chapter 7 Trustee