UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

**REPORT OF PRIVATE SALE**
(For Chapter 7, 11 or 13 Cases)

| | | |
|---|---|---|
| IN RE: | : | |
| YAJAIRA FERREIRA, | : | |
| | : | 5-19-01194-RNO |
| | : | |
| DEBTOR(S) | : | CHAPTER 7 |

**DATE OF SALE**: 11/15/2019     **TRUSTEE'S ATTORNEY**: JOHN J. MARTIN, ESQUIRE

1. TRUSTEE: John J. Martin

2. TRUSTEE'S ATTORNEY: John J. Martin, Esquire

3. PURCHASER: Fabian Seenarraine

4. RELATIONSHIP TO DEBTOR: None

5. DESCRIPTION OF ASSET/PROPERTY: 408 Norton Road, Stroudsburg, PA

6. CONTRACT (STIPULATION) SALES PRICE: $299,000.00

7. GROSS SALES PRICE: $299,000.00 (AS PER STIPULATION)

8. NET TO SELLER: $24,430.68

9. OTHER COSTS: $0.00

10. NET AMOUNT TO ESTATE: $24,430.68

11. THERE WERE NO OBJECTIONS TO THIS SALE.

JOHN J. MARTIN, CHAPTER 7 TRUSTEE

DATED: November 27, 2019