American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

File No./Escrow No.: SS7602
Print Date & Time: 09/19/2019 03:34 PM
Officer/Escrow Officer:

All Pocono Settlement Services, LLC

3041 Rt. 940 #106
Mount Pocono, PA 18344

Settlement Location:
3041 Rt. 940 #106, Mount Pocono, PA 18344

Property Address: 408 Norton Road, Stroudsburg, PA 18360
Buyer: Fabian Seenarraine
Seller: John J. Martin, Chapter 7 Bankruptcy Trustee
Lender: Atlantic Home Loans, Inc.

Settlement Date: 9/20/2019
Disbursement Date: 9/20/2019
Additional dates per state requirements:

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $299,000.00 | Sales Price of Property | $299,000.00 | |
| | | Deposit | | $1,000.00 |
| | | Loan Amount | | $269,100.00 |
| | | **Prorations/Adjustments** | | |
| | | County Taxes from 9/20/2019 to 12/31/2019 | $446.14 | |
| | | Sewer-3rd Qtr. from 9/20/2019 to 9/30/2019 | $18.48 | |
| | | School taxes from 7/1/2019 to 9/20/2019 | | $1,543.18 |
| | $446.14 | County Taxes from 9/20/2019 to 12/31/2019 | | |
| | $18.48 | Sewer-3rd Qtr. from 9/20/2019 to 9/30/2019 | | |
| $1,543.18 | | School taxes from 7/1/2019 to 9/20/2019 | | |
| | | **Other Loan Charges** | | |
| | | Processing fee | $495.00 | |
| | | Underwriting fee | $600.00 | |
| | | Appraisal fee to Chestnut AMC: $450.00 POC-Borrower | | |
| | | Prepaid Interest to Atlantic Home Loans, Inc. | $314.27 | |
| | | **Impounds** | | |
| | | Aggregate Adjustment | | $793.97 |
| | | Homeowner's Insurance 3 mo @ $ 115.17/mo | $345.51 | |
| | | School taxes 2 mo @ $ 585.71/mo | $1,171.42 | |
| | | Property Taxes 7 mo @ $ 135.76/mo | $950.32 | |
| | | **Title Charges & Escrow / Settlement Charges** | | |

Copyright 2015 American Land Title Association.
All rights reserved.
Page 1 of 3
SS7602
Printed On: 09/19/2019 03:34 PM EST

Case 5:19-bk-01134-RNO   Doc 56   Filed 11/27/19   Entered 11/27/19 08:49:25   Desc
Main Document    Page 1 of 3

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | END: 100-300-900-1590 with APSS/FATIC | $200.00 | |
| | | Lender's Policy with APSS/FATIC | $2,193.40 | |
| | | Notary fee with Chris Halstead | $30.00 | |
| | | Ovenright fee with All Pocono Settlement Services, LLC | $14.00 | |
| | | Standard (Lender-CPL) with First American Title Insurance Company | $125.00 | |
| | | Owner's Policy with APSS/FATIC | $181.83 | |
| | | **Commission** | | |
| $8,970.00 | | Real Estate Commission Sellers Broker to Re/Max Wayne | | |
| $8,970.00 | | Real Estate Commission Buyers Broker to Weichert Realtors Acclaim | | |
| | | **Government Recording and Transfer Charges** | | |
| $2,990.00 | | State Tax/stamps to Monroe County Recorder of Deeds | | |
| | | Recording Fees (Deed) to Monroe County Recorder of Deeds | $96.75 | |
| | | Recording Fees (Mortgage) to Monroe County Recorder of Deeds | $136.75 | |
| | | City/County tax/stamps to Monroe County Recorder of Deeds | $2,990.00 | |
| | | **Payoff(s)** | | |
| $250,074.00 | | Lender: Payoff of First Mortgage Loan to Invictus Residential Pooler, LP     Principal Balance as of     $250,074.00     Interest on Payoff Loan: 0 days @ $0.00/day for $0.00 | | |
| | | **Miscellaneous** | | |
| $28.50 | | Order to Strike Mortgage to Monroe County Recorder of Deeds | | |
| | | Homeowner's Insurance Premium to State Farm Ins.: $117.16 POC-Borrower | $1,264.84 | |
| $2,000.00 | | Chapt 7 Trustee Legal Counsel to John J. Martin, Esq.l | | |
| | | RE tax certification to All Pocono Settlement Services, LLC | $25.00 | |
| | | RE Tax-2019/20 School to Wendy Bogart Shiffer, Tax Collector | $6,887.86 | |
| | | RE Tax - duplicate bill fee to Wendy Bogart Shiffer | $5.00 | |
| $338.30 | | Sewer through 9/30/19 to Stroud Township Sewer Authority | | |
| $119.96 | | Water - Final-ESTIMATE to Brodhead Creek Regional Authority | | |
| $24,430.68 | | Proceeds to John Martin, Chapter 7 Trustee | | |

Copyright 2015 American Land Title Association.
All rights reserved.

SS7602

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $299,464.62 | $299,464.62 | Subtotals | $317,491.57 | $272,437.15 |
| | | Due From Borrower | | $45,054.42 |
| | | Due To Seller | | |
| $299,464.62 | $299,464.62 | Totals | $317,491.57 | $317,491.57 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize to cause the funds to be disbursed in accordance with this statement.

*Fabian Seenarraine* (signature)
Fabian Seenarraine

John J. Martin, Chapter 7 Bankruptcy Trustee

By: _____

_____
Escrow Officer

Copyright 2015 American Land Title Association.
All rights reserved.

SS7602