**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

**Yajaira Ferreira**

| | |
|---|---|
| **Debtor 1** | **Chapter:** 7 |
| | **Case No.:** **5:19-bk-01134 RNO** |

## CERTIFICATION OF FEES AND BILL FOR COLLECTION

     I, Cynthia Boyle, state that the following services have been provided to the above estate and charges in the amount of $362.00 are now due and payable.

| DATE OF SERVICE | TYPE OF SERVICE | TOTALS |
|---|---|---|
| 7/22/2019 | 1 Motion for Sale Free and Clear @ $181.00 | $181.00 |
| 8/6/2019 | 1 Motion for Sale Free and Clear @ $181.00 | $181.00 |
| | **TOTAL AMOUNT DUE:** | $362.00 |

s/Cynthia Boyle

Deputy Clerk

Date: November 29, 2019

Cert of Fees and Bill for Collections - Revised 04/18