UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: FERREIRA, YAJAIRA

Case No. 5:19-01134-RNO

Chapter 7

_____,
Debtor

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 22, 2019. The undersigned trustee was appointed on March 22, 2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         299,000.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                     243,181.14
    Administrative expenses                                     24,495.32
    Bank service fees                                               45.77
    Other payments to creditors                                      0.00
    Non-estate funds paid to 3rd Parties                             0.00
    Exemptions paid to the debtor                                    0.00
    Other payments to the debtor                                     0.00

    Leaving a balance on hand of [1]        $          31,277.77

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/29/2019 and the deadline for filing governmental claims was 09/18/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,544.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $17,000.00, for a total compensation of $17,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $217.30, for total expenses of $217.30.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/18/2020     By: /s/JOHN J. MARTIN
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:19-01134-RNO  **Trustee:** (580440) JOHN J. MARTIN
**Case Name:** FERREIRA, YAJAIRA  **Filed (f) or Converted (c):** 03/22/19 (f)
  **§341(a) Meeting Date:** 05/01/19
**Period Ending:** 02/18/20  **Claims Bar Date:** 10/29/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  408 Norton Road, Stroudsburg, PA 18360-0000, Mon<br>   Imported from original petition Doc# 12 | 327,000.00 | 39,018.39 | | 299,000.00 | FA |
| 2  309 Wickes Rd, Bushkill, PA 18324-0000, Pike Cou<br>   Imported from original petition Doc# 12 | 169,000.00 | 30,855.00 | | 0.00 | FA |
| 3  2014 Hyundai Sonata, 100000 miles. Entire proper<br>   Imported from original petition Doc# 12 | 5,000.00 | 0.00 | | 0.00 | FA |
| 4  Stove, refrigerator, dishwasher<br>   Imported from original petition Doc# 12 | 300.00 | 0.00 | | 0.00 | FA |
| 5  Sofa, lamps, television, chair, other general fu<br>   Imported from original petition Doc# 12 | 150.00 | 0.00 | | 0.00 | FA |
| 6  Kitchen table, chairs, dishes, glasses, pots, pa<br>   Imported from original petition Doc# 12 | 200.00 | 0.00 | | 0.00 | FA |
| 7  Mattress, air mattress, dresser, end tables, oth<br>   Imported from original petition Doc# 12 | 400.00 | 0.00 | | 0.00 | FA |
| 8  Shirts, pants, jackets, other general wearing ap<br>   Imported from original petition Doc# 12 | 350.00 | 0.00 | | 0.00 | FA |
| 9  Watch, rings, necklaces, other small jewelry ite<br>   Imported from original petition Doc# 12 | 200.00 | 0.00 | | 0.00 | FA |
| 10 Dogs(2)<br>   Imported from original petition Doc# 12 | 40.00 | 0.00 | | 0.00 | FA |
| 11 Cash<br>   Imported from original petition Doc# 12 | 100.00 | 0.00 | | 0.00 | FA |
| 12 Business Checking Account: Wayne Bank<br>   Imported from original petition Doc# 12 | 1,100.00 | 0.00 | | 0.00 | FA |
| 13 Tier 4 Retirement: NYCERS<br>   Imported from original petition Doc# 12 | 45,889.97 | 0.00 | | 0.00 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$549,729.97** | **$69,873.39** | | **$299,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  TFR UNDER REVIEW WITH UST

  TFR UNDER REVIEW WITH UST

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:19-01134-RNO  **Trustee:** (580440) JOHN J. MARTIN
**Case Name:** FERREIRA, YAJAIRA  **Filed (f) or Converted (c):** 03/22/19 (f)
 **§341(a) Meeting Date:** 05/01/19
**Period Ending:** 02/18/20  **Claims Bar Date:** 10/29/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br>**Ref. #** | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 12, 2019  **Current Projected Date Of Final Report (TFR):** December 12, 2019 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 5:19-01134-RNO  
**Case Name:** FERREIRA, YAJAIRA  

**Taxpayer ID #:** **-***1411  
**Period Ending:** 02/18/20  

**Trustee:** JOHN J. MARTIN (580440)  
**Bank Name:** Mechanics Bank  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/19 | | ALL POCONO SETTLEMENT SERVICES, LLC | AS PER COURT ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES OF 8/20/2019 | | 24,430.68 | | 24,430.68 |
| | {1} | | 299,000.00 | 1110-000 | | | 24,430.68 |
| | | | PAYOFF TO FIRST MORTGAGE LOAN/INVICTUS RESIDENTIAL POOLER LP    -250,074.00 | 4110-000 | | | 24,430.68 |
| | | | REALTOR COMMISSION    -17,940.00 | 3510-000 | | | 24,430.68 |
| | | | COUNSEL TO TRUSTEE FEES    -2,000.00 | 3110-000 | | | 24,430.68 |
| | | | SELLER CLOSING COSTS    -4,555.32 | 2500-000 | | | 24,430.68 |
| 10/10/19 | | ALL POCONO SETTLEMENT SERVICES, LLC | REIMBURSEMENT OF SCHOOL TAXES PAID PRIOR TO CLOSING BY SECURED CREDITOR. | 4110-000 | | -6,892.86 | 31,323.54 |
| 10/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.76 | 31,301.78 |
| 11/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.01 | 31,277.77 |
| | | | **ACCOUNT TOTALS** | | 24,430.68 | -6,847.09 | $31,277.77 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 24,430.68 | -6,847.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,430.68** | **$-6,847.09** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4066 | 24,430.68 | -6,847.09 | 31,277.77 |
| | $24,430.68 | $-6,847.09 | $31,277.77 |

{} Asset reference(s)  
Printed: 02/18/2020 08:47 AM   V.14.66

# Exhibit C Claims Register

### Case: 5:19-01134-RNO　FERREIRA, YAJAIRA

Claims Bar Date:　10/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946<br><5800-00　Claims of Governmental Units>,　570 | Priority<br>03/22/19 | OK - PRIORITY TAX CLAIM | $922.89<br>$922.89 | $0.00 | $922.89 |
| 2 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>08/02/19 | OK UNSECURED | $11,348.93<br>$11,348.93 | $0.00 | $11,348.93 |
| 3 | SULLIVAN OIL & PROPANE<br>2168 COMMUNITY DRIVE<br><br>BATH, PA 18014<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>08/05/19 | OK UNSECURED | $1,294.18<br>$1,294.18 | $0.00 | $1,294.18 |
| 4 | DEPARTMENT OF THE TREASURY<br>PO BOX 804527<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45280-4527<br><5800-00　Claims of Governmental Units>,　570 | Priority<br>03/22/19 | OK - PRIORITY TAX CLAIM | $4,133.20<br>$4,133.20 | $0.00 | $4,133.20 |
| 4 -2 | DEPARTMENT OF THE TREASURY<br>PO BOX 804527<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45280-4527<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>03/22/19 | OK - UNSECURED | $287.61<br>$287.61 | $0.00 | $287.61 |
| 5 | AMERICAN EXPRESS NATIONAL BANK, AENB<br>C/O ZWICKER AND ASSOCIATES, P.C.<br>ATTORNEYS/AGENTS FOR CREDITOR,P.O. 9043<br>ANDOVER, MA 01810-1041<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>08/15/19 | OK - UNSECURED | $31,376.63<br>$31,376.63 | $0.00 | $31,376.63 |
| 6 | JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.,C/O<br>ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,6409<br>BOCA RATON, FL 33487<br><7100-00　General Unsecured § 726(a)(2)>,　610 | Unsecured<br>08/16/19 | OK - UNSECURED | $25,663.96<br>$25,663.96 | $0.00 | $25,663.96 |

# Exhibit C Claims Register

## Case: 5:19-01134-RNO    FERREIRA, YAJAIRA

Claims Bar Date:   10/29/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | PENNSYLVANIA AMERICA WATER<br>PO BOX 578<br><br>ALTON, IL 62002<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/16/19 | <br><br>OK - UNSECURED | $1,225.79<br>$1,225.79 | $0.00 | $1,225.79 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/19 | <br><br>OK - UNSECURED | $4,265.96<br>$4,265.96 | $0.00 | $4,265.96 |
| 9 | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/27/19 | <br><br>OK - UNSECURED | $611.42<br>$611.42 | $0.00 | $611.42 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/01/19 | <br><br>OK - UNSECURED | $6,431.67<br>$6,431.67 | $0.00 | $6,431.67 |
| 11 | YAJAIRA FERREIRA<br>NYC HRA OFFICE OF CHILD SUPPORT SERVICES<br>150 GREENWICH ST 40TH FL<br>NEW YORK, NY 11212<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/22/19 | <br><br>ZERO ALLOWED - DUPLICATE CLAIM OF CLAIM #12 | $25,560.04<br>$0.00 | $0.00 | $0.00 |
| 12 | NYC HRA OFFICE OF CHILD SUPPORT ENFORCEMENT<br>150 GREENWICH STREET, 40TH FLOOR<br>NEW YORK, NY 10007<br><5100-00   Domestic Support Obligations>,  500 | Priority<br>03/22/19 | <br><br>OK - PRIORITY DSO | $25,560.04<br>$25,560.04 | $0.00 | $25,560.04 |
| 13 | NYC HRA OFFICE OF CHILD SUPPORT SERVICES<br>150 GREENWICH STREET, 40TH FLOOR<br><br>NEW YORK, NY 10007<br><5100-00   Domestic Support Obligations>,  500 | Priority<br>03/22/19 | <br><br>OK - PRIORITY DSO | $10,333.55<br>$10,333.55 | $0.00 | $10,333.55 |

# Exhibit C Claims Register

**Case: 5:19-01134-RNO   FERREIRA, YAJAIRA**

Claims Bar Date: 10/29/19

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | MIDLAND FUNDING LLC<br>PO BOX 2011<br><br>WARREN, MI 48090<br>\<7100-00  General Unsecured § 726(a)(2)\>, 610 | Unsecured<br>03/22/19 | <br><br>OK - UNSECURED | $10,370.63<br>$10,370.63 | $0.00 | $10,370.63 |
| ADMIN | JOHN J. MARTIN<br>1022 COURT STREET<br><br>HONESDALE, PA 18431<br>\<2200-00  Trustee Expenses\>, 200 | Admin Ch. 7<br>03/22/19 | <br><br>OK AS PER COURT ORDER | $217.30<br>$217.30 | $0.00 | $217.30 |
| ADMIN | U.S. BANKRUPTCY COURT<br>197 SOUTH MAIN STREET<br><br>WILKES-BARRE, PA 18711<br>\<2700-00  Clerk of the Court Costs (includes adversary and other filing fees)\>, 200 | Admin Ch. 7<br>03/22/19 | <br><br>ALLOWED - FEES FOR MOTION(S) TO SELL PROPERTY | $362.00<br>$362.00 | $0.00 | $362.00 |
| ADMIN | JOHN J. MARTIN<br>1022 COURT STREET<br><br>HONESDALE, PA 18431<br>\<2100-00  Trustee Compensation\>, 200 | Admin Ch. 7<br>03/22/19 | <br><br>OK PER COURT ORDER | $18,544.64<br>$17,000.00 | $0.00 | $17,000.00 |
| ADMIN | TIBBLE & WESLER, CPA<br>2813 WEST MAIN ST<br><br>KALAMAZOO, MI 49006<br>\<3410-00  Accountant for Trustee Fees (Other Firm)\>, 200 | Admin Ch. 7<br>03/22/19 | <br><br>OK PER COURT ORDER | $1,328.84<br>$1,328.84 | $0.00 | $1,328.84 |

**Case Total:** $0.00   $152,734.60

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 5:19-01134-RNO
Case Name: FERREIRA, YAJAIRA
Trustee Name: JOHN J. MARTIN

**Balance on hand:** $ 31,277.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 31,277.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN J. MARTIN | 17,000.00 | 0.00 | 17,000.00 |
| Trustee, Expenses - JOHN J. MARTIN | 217.30 | 0.00 | 217.30 |
| Accountant for Trustee, Fees - TIBBLE & WESLER, CPA | 1,328.84 | 0.00 | 1,328.84 |
| Charges, U.S. Bankruptcy Court | 362.00 | 0.00 | 362.00 |

Total to be paid for chapter 7 administration expenses: $ 18,908.14
Remaining balance: $ 12,369.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,369.63

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $40,949.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PENNSYLVANIA DEPARTMENT OF REVENUE | 922.89 | 0.00 | 0.00 |
| 4 | DEPARTMENT OF THE TREASURY | 4,133.20 | 0.00 | 0.00 |
| 12 | NYC HRA OFFICE OF CHILD SUPPORT | 25,560.04 | 0.00 | 8,808.49 |
| 13 | NYC HRA OFFICE OF CHILD SUPPORT SERVICES | 10,333.55 | 0.00 | 3,561.14 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 12,369.63 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,876.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | 11,348.93 | 0.00 | 0.00 |
| 3 | SULLIVAN OIL & PROPANE | 1,294.18 | 0.00 | 0.00 |
| 4 -2 | DEPARTMENT OF THE TREASURY | 287.61 | 0.00 | 0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK, AENB | 31,376.63 | 0.00 | 0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 25,663.96 | 0.00 | 0.00 |
| 7 | PENNSYLVANIA AMERICA WATER | 1,225.79 | 0.00 | 0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK | 4,265.96 | 0.00 | 0.00 |
| 9 | VERIZON | 611.42 | 0.00 | 0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK | 6,431.67 | 0.00 | 0.00 |
| 11 | YAJAIRA FERREIRA | 0.00 | 0.00 | 0.00 |
| 14 | MIDLAND FUNDING LLC | 10,370.63 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for timely general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-TFR (05/1/2011)**